| Fill in this information to identify the case: | |
|---|---|
| United States Bankruptcy Court for the: EASTERN DISTRICT OF MICHIGAN | |
| Case number *(if known)* _____ Chapter __11__ | ☐ Check if this is an amended filing |

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**  
   Luca Mariano Distillery, LLC

2. **All other names debtor used in the last 8 years**  
   Include any assumed names, trade names and *doing business as* names  
   DBA Luca Mariano Distillery

3. **Debtor's federal Employer Identification Number** (EIN)  
   46-2089328

4. **Debtor's address**

   | **Principal place of business** | **Mailing address, if different from principal place of business** |
   |---|---|
   | 128 Letton Dr<br>Danville, KY 40422<br>Number, Street, City, State & ZIP Code | 14777 Keel St<br><br>Plymouth, MI 48170<br>P.O. Box, Number, Street, City, State & ZIP Code |
   | Boyle<br>County | **Location of principal assets, if different from principal place of business**<br>128 Letton Dr. Danville, KY 40422<br>Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)  lucamariano.com

6. **Type of debtor**  
   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
   ☐ Partnership (excluding LLP)  
   ☐ Other. Specify: _____

| Debtor | Luca Mariano Distillery, LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☒ None of the above

B. *Check all that apply*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11. Check **all** that apply:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☒ No.
☐ Yes.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | | When | | Case number | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
☒ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | LMD Holdings LLC | Relationship | Affiliate |
|---|---|---|---|
| District | Eastern District | When | 7/17/25 | Case number, if known | 25-47214 |

| Debtor | Luca Mariano Distillery, LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**11. Why is the case filed in *this district*?**  Check all that apply:

- ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☒ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.  Insurance agency _____
Contact name _____
Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**  .  Check one:

- ☒ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☒ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☒ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☒ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | Luca Mariano Distillery, LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    November 12, 2025
                MM / DD / YYYY

**X**   /s/   Francesco S. Viola II            Francesco S. Viola II
     Signature of authorized representative of debtor      Printed name

Title   Member

**18. Signature of attorney**

**X**   /s/ Charles D Bullock        Date   November 12, 2025
     Signature of attorney for debtor                MM / DD / YYYY

Charles D Bullock
Printed name

Stevenson & Bullock, PLC
Firm name

26100 American Drive, Suite 500
Southfield, MI 48034
Number, Street, City, State & ZIP Code

Contact phone   (248) 354-7906     Email address   cbullock@sbplclaw.com

P55550 MI
Bar number and State

Official Form 201      **Voluntary Petition for Non-Individuals Filing for Bankruptcy**      page 4

# RESOLUTION OF LUCA MARIANO DISTILLERY, LLC

**LUCA MARIANO DISTILLERY, LLC** a Michigan limited liability company (the "Company"), hereby certifies that the following is a true and correct copy of resolutions duly adopted at a meeting of the meeting of the sole and controlling member and manager of the Company on October 14, 2025 in accordance with the requirements of applicable Michigan law and the said resolutions have not been modified or rescinded and are still in full force and effect on the date hereof.

RESOLVED, that in the judgment of sole and controlling member and manager, it is desirable and in the best interest of the Company that the Company commence a Chapter 11 bankruptcy case by filing voluntary petition under the provisions of Chapter 11 of Title 11, United States Code (the "Bankruptcy Code");

RESOLVED, that Francesco S. Viola is hereby authorized and empowered on behalf of, and in the name of the Company to execute and verify or certify a petition under Chapter 11 of the Bankruptcy Code to cause the same to be filed in the United States Bankruptcy Court for the Eastern District of Michigan at such time as such authorized member executing the same shall determine ("Bankruptcy Case");

RESOLVED, that David Baker of Aurora Management Partners be and is hereby, employed as the Chief Restructuring Officer for the Company;

RESOLVED that David Baker is hereby authorized and empowered on behalf of, and in the name of the Company to retain and employ other employees, attorneys, investment professionals, accountants, restructuring professionals, financial advisors, and other professionals to assist in the Company's Chapter 11 case on such terms as are deemed necessary, proper and desirable;

RESOLVED, that David Baker be and hereby is, authorized and empowered to act as the responsible person for the Company during the Bankruptcy Case (both in and out of Court) and to cause the Company to enter into, execute, deliver, certify, file, record, and perform such agreements, instruments, petitions, applications, motions, plans, disclosure statements, affidavits, applications for approvals or rulings of courts, governmental or regulatory authorities, certificates or other documents, and to take such other actions, as in the judgment of such officer shall be necessary, proper and desirable to prosecute to a successful completion the Company's Chapter 11 case, and to carry out and put into effect the

purposes of the foregoing resolutions consistent with the United States Bankruptcy Code, and the transactions contemplated by these resolutions, their authority thereunto to be evidenced by the taking of such actions; and

RESOLVED, that Charles D. Bullock and the law firm of Stevenson & Bullock, PLC be and it hereby are, employed as attorneys for the Company for the Bankruptcy Case; and

RESOLVED, that any and all past actions heretofore taken by any directors and officers of the Company in the name of and on behalf of the Company in the furtherance of any or all of the preceding resolutions be, and the same hereby are ratified, approved, and adopted.

IN WITNESS WHEREOF, I have hereunto set my hand this 14th day of October, 2025.

APPROVED:

**LUCA MARIANO DISTILLERY, LLC**

By: *Francesco S. Viola*
Francesco S. Viola (Oct 14, 2025 17:24:34 EDT)

Its: Sole and controlling member, and manager

# United States Bankruptcy Court
## Eastern District of Michigan

In re: Luca Mariano Distillery, LLC  
Debtor(s)

Case No.  
Chapter: 11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Francesco S. Viola<br>14777 Keele Street<br>Plymouth, MI 48170 | Equity | 100% | Member |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date: November 12, 2025

Signature: /s/ Francesco S. Viola II  
Francesco S. Viola II

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

## United States Bankruptcy Court
### Eastern District of Michigan

In re: Luca Mariano Distillery, LLC  
Debtor(s)

Case No.  
Chapter: 11

# VERIFICATION OF CREDITOR MATRIX

I, the Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: November 12, 2025

/s/ Francesco S. Viola II  
Francesco S. Viola II/Member  
Signer/Title

Action AG
1381 Bethel Road
Lancaster, KY 40444


AirHydroPower
2550 Blankenship Pkwy
Lousiville, KY 40299


AT&T
208 S, Akard Street
Dallas, TX 75202


Atmos Energy Corp
P.O. Box 841425
Dallas, TX 75284


Brooks Grain
5130 Port Road
Jeffersonville, IN 47130


Campbell's Sanitation LLC
P.O. Box 1332
Danville, KY 40423


Cardpointe
1000 Continental Dr #300
King of Prussia, PA 19406


Caverndale Farms, Inc.
1921 Bluegrass Pike
Danville, KY 40422


Cintas Fire Protection
P.O. Box 636525
Cincinnati , OH 45263


Clark Farms Trucking
6040 Eminence Pike
Shelybille, KY 40065


Cooper Rose Enterprises LLC
651 Fenwick Lane
Springfield, KY 40069


CR Conveying
5955 Willow Creek Drive, SW
Cedar Rapids, IA 52404


Dig-It Excavation
6524 Highway 490
East Bernstadt, KY 407429


Doss & Horky, Inc.
108 Gose Pike
Danville, KY 40422

Dynamic Hose Solutions, Inc.
218 Two Oaks Drive
Nicholasville, KY 40356

Ecolab
PO Box 32027
New York, NY 10087

Emerson
1100 W Louis Henna Blvd
Building 1
Round Rock, TX 78681

Farm Credit Leasing Services
12501 Lakefront Place
Louisville, KY 40299

FCX Performance Inc.
7601 Innovation Way
Mason, OH 45040

Ferm Solutions, Inc.
445 Roy Arnold Blvd.
Danville, KY 40422

Flowdesign, Inc.
200 North Center Street
Northville, MI 48167

Ford Motor Credit
PO Box 650574
Dallas, TX 75265

Francesco Saverio Viola
14777 Keele St.
Plymouth, MI 48170

Francisco S. Viola
14777 Keel Street
Plymouth, MI 48170

General Wine & Liquor Company
373 Victor Avenue
Highland Park, MI 48203

GS1 US
Dept. 781271
P.O. Box 78000
Detroit, MI 48278

Hall Environmental Consultants, LLC
1376 Danville Loop 1 Road
Nicholasville, KY 40356

Hayslett Mechanical
Who signed the contract? How much is owe
729 Warwick Rd
Harrodsburg, KY 40330


HSI
PO Box 809321
Chicago, IL 60680


Infrastructure Systems, Inc.
260 W. Vincennes Street
Orleans, IN 47452


Infrastructure Systems, Inc.
P.O. Box 148
Orleans , IN 47452


Insulations Solutions
458 S Mulberry Street
Elizabethtown, KY 42701


Internal Revenue Service
Centralized Insolvency Operation
POB 7346
Philadelphia, PA 19101-7346


JBW Group of Iowa
6600 Merle Hay
Johnston , IA 50131


Johnson Brothers of Indiana.
5337 West 78th Street
Indianapolis, IN 46268


Johnson Brothers of Nebraska.
9320 J Street
Omaha, NE 68127


Johnson Brothers of Wisconsin.
301 E Vienna Ave
Milwaukee, WI 53212


Kentuckiana Comfort Center
PO Box 99369
Lousville, KY 40269


Kentucky Bourbon Festival
Brown & Cheek, Inc.
442 E. Stephen Foster Ave.
Bardstown, KY 40004


Kentucky State Treasurer
107 Corporate Drive
Frankfort, KY 40601

Kentucky Utilities
PO Box 771670
Saint Louis, MO 63177

Keystone Industrial LLC
PO Box 744
714 W. Shelby ST
Junction City , KY 40440

Keystone Industrial, LLC
714 W Shelby St
Junction City, KY 40440

LMD Holdings LLC
14777  Keel St.
Plymouth, MI 48170

LMD Holdings LLC
14777 Keel St.
Plymouth, MI 48170

Malteurop Malting Company
6737 W. Washington St., Suite 4204
Milwaukee, WI 53214

Michigan Department of Treasury
Collection/Bankruptcy Unit
POB 30168
Lansing, MI 48909

Midwest Telephone
10401 N. Meridian Street, Suite 401
Indianapolis, IN 46290

ML Advisory, LLC
2265 Broadway, Unit 2
San Francisco, CA 94115

Morris Workshop Architects, PLLC
151 N Eagle Creek Dr.
Ste 105
Lexington, KY 40509

Motion
99 Industry Drive
Versailles, KY 40383

Mutual of Omaha
PO Box 2147
Omaha, NE 68103

National Water Services, LLC
524 NE 3rd St
Paoli, IN 47454

PLEGE Trucking Co. LLC  
20261 Buckeye Rd  
Lancaster, KY 40444  


Pro Refrigeration, Inc.  
PO Box 1528  
Auburn, WA 98071  


Rumpke  
PO Box 538710  
Cincinnati , OH 45253  


Schardein Mechanical  
P.O. Box 19587  
Louisville, KY 40259  


Share Corporation  
PO Box 245013  
Milwaukee, WI 53224  


Stoermer-Anderson, Inc  
P.O. Box 706135  
Cincinnati, OH 45270  


Summit Investment Management  
1700 Lincoln Street, Suite 2150  
Denver, CO 80203  


Sunbelt Rentals, Inc.  
PO Box 409211  
Atlanta , GA 30384  


Tennessee Department of Revenue  
500 Deaderick Street  
Nashville, TN 37242  


The Cincinnati Insurance Companies  
PO Box 145620  
Cincinatti, OH 45250  


The Indiana Department of Revenue  
PO Box 1028  
Indianapolis, IN 46206  


Todd Grain Services, LLC  
P.O. Box 489  
Eubanks, KY 42567  


Truist Bank  
401 W. Main Street  
Louisville, KY 40202  


UHY Advisors, Inc.  
PO Box 72217  
Cleveland, OH 44192

Versatrans, Inc
14777 Keel Street
Plymouth, MI 48170


Victory Wine Group
P.O. Box
641077
Dallas, TX 75264


Viola Holdings, LLC
14777 Keel St
Scottsburg, IN 47170


Wisconsin Department of Revenue
PO Box 3028
Milwaukee, WI 53224


Woodford Oil Company
PO Box 567 1 Thirteenth Street
Elkins, WV 26241


Worldwide Beverage Grp
17501 W. 98th Street
17-62
Lenexa, KS 66219


Young Basile, PC
3001 West Big Beaver Road
Suite 624
Troy, MI 48084