Fill in this information to identify the case:

Debtor name: Luca Mariano Distillery, LLC
United States Bankruptcy Court for the: EASTERN DISTRICT OF MICHIGAN
Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204
# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| AT&T<br>208 S, Akard Street<br>Dallas, TX 75202 | Kelsey Matuska<br><br>km213n@att.com<br>(877) 222-9556x3624027 | | Contingent<br>Unliquidated<br>Disputed | | | $12,638.64 |
| Brooks Grain<br>5130 Port Road<br>Jeffersonville, IN 47130 | Erica Fields<br><br>Erica.Fields@BrooksGrain.com<br>(812) 280-6668 | | | | | $7,655.17 |
| Caverndale Farms, Inc.<br>1921 Bluegrass Pike<br>Danville, KY 40422 | bwelty@kywimax.com | | | | | $3,793.97 |
| Cintas Fire Protection<br>P.O. Box 636525<br>Cincinnati, OH 45263 | neuerr@cintas.com | | | | | $3,348.20 |
| Emerson<br>1100 W Louis Henna Blvd<br>Building 1<br>Round Rock, TX 78681 | Lynnette.barrett@emerson.com | | | | | $3,725.35 |
| FCX Performance Inc.<br>7601 Innovation Way<br>Mason, OH 45040 | Parris Crowder<br><br>pcrowder@fcxperformance.com<br>(614) 324-6050x1151 | | Contingent<br>Unliquidated<br>Disputed | | | $8,662.90 |
| Ferm Solutions, Inc.<br>445 Roy Arnold Blvd.<br>Danville, KY 40422 | Patrick Carrier<br><br>patrick.,carrier@ferm-Solutions.com<br>(202) 978-3376 | | | | | $11,169.00 |
| Flowdesign, Inc.<br>200 North Center Street<br>Northville, MI 48167 | dan@flow-design.com | | | | | $3,000.00 |

| Debtor | Luca Mariano Distillery, LLC | | Case number (if known) | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Hall Environmental Consultants, LLC<br>1376 Danville Loop 1 Road<br>Nicholasville, KY 40356 | Randy Shelley<br><br>rshelley@hallenvironmental.net<br>(859) 470-1038 | | | | | $11,310.92 |
| HSI<br>PO Box 809321<br>Chicago, IL 60680 | customercare@hsi.com | | | | | $4,003.50 |
| Kentuckiana Comfort Center<br>PO Box 99369<br>Lousville, KY 40269 | Steve Evans<br><br>sevans@kycomfort.com<br>(502) 491-9880 | | | | | $10,661.69 |
| Malteurop Malting Company<br>6737 W. Washington St., Suite 4204<br>Milwaukee, WI 53214 | Christopher Seitz<br><br>Christopher.seitz@malteurop.com<br>(414) 671-1166 | | | | | $16,228.80 |
| ML Advisory, LLC<br>2265 Broadway, Unit 2<br>San Francisco, CA 94115 | Marc Levit<br><br>marc@marclevitadvisory.com<br>(818) 825-1263 | | | | | $38,500.00 |
| Morris Workshop Architects, PLLC<br>151 N Eagle Creek Dr.<br>Ste 105<br>Lexington, KY 40509 | bmorris@morrisworkshop.com | | | | | $2,625.00 |
| National Water Services, LLC<br>524 NE 3rd St<br>Paoli, IN 47454 | Shawn B. Fisher<br><br>sfisher@national-water.com<br>(812) 723-2108 | Trade debt | Contingent<br>Unliquidated<br>Disputed | | | $34,000.00 |
| Pro Refrigeration, Inc.<br>PO Box 1528<br>Auburn, WA 98071 | stacir@prorefrigeration.com | | | | | $6,148.00 |
| Share Corporation<br>PO Box 245013<br>Milwaukee, WI 53224 | maria.dixon@sharecorp.com | | | | | $2,786.95 |
| Stoermer-Anderson, Inc<br>P.O. Box 706135<br>Cincinnati, OH 45270 | tsd@stoermer-anderson.com | | | | | $4,335.00 |
| Sunbelt Rentals, Inc.<br>PO Box 409211<br>Atlanta, GA 30384 | Adam Green<br><br>a.green@tuckeralbin.com<br>(877) 455-4572x537 | | | | | $12,840.47 |

| Debtor | Luca Mariano Distillery, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Young Basile, PC<br>3001 West Big Beaver Road<br>Suite 624<br>Troy, MI 48084 | Molly B. Markley<br><br>Markley@youngbasile.com<br>(248) 244-0154 | | | | | $9,306.00 |