Revised 02/04

# United States Bankruptcy Court
## Eastern District of Michigan

In re: Luca Mariano Distillery, LLC  
Debtor(s)

Case No. 25-51472  
Chapter 11

## STATEMENT OF DEBTOR REGARDING CORPORATE OWNERSHIP

☐ The following entities directly or indirectly own 10% or more of any class of the debtor's equity interest:

Name: _____
Address: _____

(For additional names, attach an addendum to this form)

☒ There are no entities that directly or indirectly own 10% or more of any class of the debtor's equity interest.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 20, 2025

/s/ David Baker   David Baker
Signature of Authorized Individual
For Corporation Debtor

David Baker
Print Name

David Baker, Chief Restructuring Officer
Title

Signature: *David Baker*
David Baker (Nov 20, 2025 11:36:11 EST)

Email: dbaker@auroramp.com